UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

HECTOR CARABALLO,

    Plaintiff,

v.

CC&S CORPORATION and
RICHARD DIAZ,

    Defendants.

------------------------------------------------x



INDEX NO. 13240/2006



RULE 7.1 STATEMENT



    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, CC&S Corporation and Richard Diaz (a private non-governmental party and individual) certify that the following are corporate parents, affiliates an/or subsidiaries of said party which are publicly held:

    1.    None.

DATED:    April 27, 2006
                New York, New York

                              Yours etc.

                              ST. JOHN & WAYNE, L.L.C.
                              Heron Tower, 70 East 55th Street
                              New York, New York 10022
                              (212) 446-5000
                              Attorney for defendants,
                              CC&S Corporation and Richard Diaz

                              By:_____
                                  Timothy E. Shanley

TO:    Andrew Hirschhorn, Esq.
        One Cross Island Plaza, Suite 116
        Rosedale, NY 11422
        Attorneys for Plaintiff

762931-1

## AFFIDAVIT OF SERVICE

I, **CHERYLE A. CACACE**, hereby certify and state:

1. I am a legal secretary with the law firm of St. John & Wayne, L.L.C., attorneys for defendants in the above-captioned matter.

2. On April 27, 2006, I served a copy of the within Rule 7.1 Statement upon:

Andrew Hirschhorn, Esq.
One Cross Island Plaza, Suite 116
Rosedale, NY  11422
Attorneys for Plaintiff

by depositing true copies of same enclosed in a post-paid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Post Office.

3. Deponent is over 18 years of age and not a party.

_____
Cheryle Cacace

Sworn and subscribed to
before me this 27 day
of April, 2006.

_____
ELIZABETH LUGO
A Notary Public Of New Jersey
My Commission Expires August 3, 2008

763282-1