UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
HECTOR CARABALLO,

                Plaintiff,

     - against -                  06 Civ. 3265 (JES)
                                      **ORDER**

CC&S CORPORATION and
RICHARD DIAZ,

                Defendants.
------------------------------------------X

    The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

    **ORDERED** that the Pre-Trial Conference previously scheduled for October 12, 2006 shall be and hereby is adjourned until ~~November~~ October 19, 2006 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:    New York, New York
            October 16, 2006

                                                John E. Sprizzo
                                                United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 10/18/06]