UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR CARABALLO,

              Plaintiff,

vs.

CC&S CORPORATION and
RICHARD DIAZ

              Defendants.

INDEX NO. 06 cv 3265

**NOTICE OF JURY DEMAND**

---

*SIRS:*

Defendants CC&S Corporation and Richard Diaz named defendants in the above-captioned civil action demand a trial by jury.

DATED: October 20, 2006
        New York, New York.

                        Yours, etc.,

                        **ST. JOHN & WAYNE, L.L.C.**
                        Heron Tower, 70 East 55th Street
                        New York, NY 10022
                        (212) 446-5000
                        Attorneys for Defendants
                        CC&S Corporation and Richard Diaz

                By: _____
                        Timothy E. Shanley

TO:  Andrew Hirschhorn, Esq.
      One Cross Island Plaza, Suite 116
      Rosedale, NY 11422
      Attorneys for Plaintiff
      (718) 528-4424