```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HECTOR CARABALLO,

                 Plaintiff,

      - against -                          06 Civ. 3265 (JES)

CC&S CORPORATION and                       ORDER
RICHARD DIAZ,

                 Defendants.
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/25/06

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on October 19, 2006, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action shall be completed on or before February 23, 2007; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on February 26, 2007 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:   New York, New York
         October 24, 2006

                                   _____
                                         John E. Sprizzo
                                   United States District Judge