UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR CARABALLO,

            Plaintiff,

vs.

CC&S CORPORATION and
RICHARD DIAZ

            Defendants.

INDEX NO.  06 cv 3265

NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that the law firm of St. John & Wayne, LLC is now known as Seiden Wayne LLC. All other information remains the same except for the e-mail of the lead counsel and firm website addresses which are as follows:

Timothy E. Shanley - tes@seidenwayne.com

www.seidenwayne.com

**SEIDEN WAYNE LLC**
Heron Tower, 70 East 55th Street
New York, NY  10022
(212) 446-5000
Attorneys for Defendants
CC&S Corporation and Richard Diaz

By: _____
Timothy E. Shanley

TO:    Andrew Hirschhorn, Esq.
           One Cross Island Plaza, Suite 116
           Rosedale, NY  11422
           Attorneys for Plaintiff
           (718) 528-4424

823104-1                            1

## AFFIDAVIT OF MAILING

STATE OF NEW JERSEY     )
                        ) :SS:
COUNTY OF ESSEX         )

**CHERYLE A. CACACE**, being duly sworn, deposes and says that:

1. I am a secretary with the law firm of St. John & Wayne, L.L.C., the attorneys for the defendants, CC&S Corporation and Richard Diaz.

2. On November 6, 2006, I caused to be served Defendants' Notice of Firm Name Change.

> Andrew Hirschhorn, Esq.
> One Cross Island Plaza, Suite 116
> Rosedale, NY 11422
> Attorneys for Plaintiff
> (718) 528-4424

by depositing true copies of same enclosed in a post-paid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Post Office.

3. Deponent is over 18 years of age.

_____
Cheryle A. Cacace

Sworn and subscribed to
before me this 6 day
of November 2006,

_____
**DOLORES LOVELACE**
A Notary Public of New Jersey
My Commission Expires September 30, 2010

823104-1                                    2