UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HECTOR CARABALLO,

              Plaintiff,

    - against -                  06 Civ. 3265 (JES)

CC&S CORPORATION and              ORDER
RICHARD DIAZ,

              Defendants.
----------------------------------------X

    Counsel for all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on March 1, 2007, and the Court having considered all matters raised, it is

    **ORDERED** that the above-captioned action fits within Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, to wit: "for reasons beyond the control of the court [this civil case] can neither be tried nor otherwise terminated. . ."; and it is further

    **ORDERED** that this action be transferred to the Suspense Docket of this Court until September 6, 2007, with leave to any party to apply on five (5) days' notice for its restoration to the trial calendar of this Court; and it is further

    **ORDERED** that a Pre-Trial Conference shall occur on September 6, 2007 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:    New York, New York
          March 2, 2007

                                                John E. Sprizzo
                                                United States District Judge