```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HECTOR CARABALLO,

                    Plaintiff,

        - against -                              06 Civ. 3265 (JES)

CC&S CORPORATION and                             ORDER
RICHARD DIAZ,

                    Defendants.
----------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on September 6, 2007, and the Court having considered all matters raised, it is

**ORDERED** that the above-captioned action fits within Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, to wit: "for reasons beyond the control of the court [this civil case] can neither be tried nor otherwise terminated. . ."; and it is further

**ORDERED** that this action be transferred to the Suspense Docket of this Court until March 4, 2008, with leave to any party to apply on five (5) days' notice for its restoration to the trial calendar of this Court; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on March 4, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street; and it is further

**ORDERED** that this action shall be dismissed if there is no attempt to prosecute this case by that date.

Dated:   New York, New York
         September 7, 2007

                                        John E. Sprizzo
                                        United States District Judge