USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HECTOR CARABALLO,

           Plaintiff,

vs.

CC&S CORPORATION and
RICHARD DIAZ

           Defendants.

INDEX NO. 06 cv 3265

**NOTICE OF STIPULATION OF DISCONTINUANCE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for the parties to the above-entitled matter, that whereas no party hereto is an infant, incompetent person who a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action be and the same hereby is discontinued with prejudice, without costs or interest to any party as against the other. All rights of appeal are hereby waived.

Further, the parties to this litigation hereby stipulate that any and all complaints, cross-claims, counterclaims or third party claims filed in this matter as a result of the above entitled action are also hereby dismissed with prejudice, without interest or costs to any party as against the other and this stipulation may be entered with the Clerk of the Court without further notice.

Dated: March 12, 2008
New York, New York

Yours, etc.

By: _____
Andrew Hirschhorn, Esq.
One Cross Island Plaza, Suite 116
Rosedale, NY 11422
Attorneys for Plaintiff

By: _____
Timothy E. Shanley, Esq.
LECLAIRRYAN
830 Third Avenue
Fifth Floor
New York, New York 10022
(212) 430-8020
Attorneys for Defendants

**SO ORDERED:**

_____
U.S.D.J.

826090-1          1